

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-17-00799-CR

Derri Raye **LUKASIK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9695
Honorable Melisa Skinner, Judge Presiding

## O R D E R

   Appellant's brief was due March 23, 2018. On March 27, 2018, appellant filed a motion for extension of time asking for an extension of forty-five days from the date the motion was filed. After review, we **GRANT IN PART AND DENY IN PART** appellant's motion. We **GRANT** appellant an extension of thirty days from the date the motion was filed, but **DENY** appellant's request for an extension of forty-five days from the date the motion was filed. We therefore **ORDER** appellant to file the brief in this court on or before April 26, 2018.

_____
Marialyn Barnard, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court